## FRANK USOWSKI ET AL. *v.* BARRY J. JACOBSON ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 68 Conn. App. 785 (AC 21398), is denied.

*Brenden P. Leydon,* in support of the petition.

*David P. Friedman,* in opposition.

Decided May 22, 2002

## FRANK USOWSKI ET AL. *v.* BARRY J. JACOBSON ET AL.

The defendants' cross petition for certification for appeal from the Appellate Court, 68 Conn. App. 785 (AC 21398), is denied.

*David P. Friedman,* in support of the cross petition.

Decided May 22, 2002

## STATE OF CONNECTICUT *v.* DEAN DANIELS

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 912 (AC 21573), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Melissa L. Streeto,* special deputy assistant state's attorney, in opposition.

Decided May 22, 2002